IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                  CRIMINAL NO.  3:24-cr-43-DCB-LGI

ROSENDO GONZALEZ MORA,
a/k/a Chendo

# FINAL ORDER OF FORFEITURE

Before the Court is the United States of America's Motion [117] for a Final Order of Forfeiture.  Having reviewed the Government's Motion, the Court finds that it is well taken and should be GRANTED.  In support of its ORDER, the Court finds as follows:

WHEREAS, on September 6, 2024, this Court entered a Preliminary Order of Forfeiture [88], ordering the Defendant, **ROSENDO GONZALEZ MORA,** to forfeit the "**Subject Property**", as described below:

| Asset ID | Property Description |
|---|---|
| 24-ATF-018160 | Real property located at 4525 Raymond Road, Jackson, Mississippi 39212, owned in the name of Violeta D. Martinez, <br><br>The following described property, together with the improvements, hereditaments and appurtenances thereunto belonging, located in the Judicial District of the County of Hinds, State of Mississippi and more particularly described as follows, to-wit: <br><br>A certain Lot or parcel of land in the NW1/4 of Section 27 and in the SW l/4 of Section 27, all in Township 5 N Range 1 West, particularly described by metes and bounds as follows, to-wit: <br><br>Beginning at the Southwest corner of the NW ¼ of said Section 27; run thence North 77⁰-15' East 190 feet to point marked by an iron stake; thence North 17⁰ l5' West 579 feet to the South right of way line of the Jackson Raymond Concrete Highway; thence Northeasterly along the South right, of way line of said Highway 153.3 feet to a point marked by an iron stake; thence South 22° East 253.6 feet to a point marked by an iron stake; thence South 1755 feet to a point marked by an iron stake: thence South 89° 15' West |

| | |
|---|---|
| | 224.2 feet to a point marked by on iron stake, thence North 1320 feet to a point marked by an iron stake, being the point of beginning, containing 9 acres more or less. |
| 24-ATF-018161 | Real property located at 4531 Raymond Road, Jackson, Mississippi 39212, owned in the name of Alondra D. Reyes<br><br>A certain lot or parcel of land being in the SW¼ of the NW 1/4 of Section 27, and in the SE ¼ of the NE ¼ of Section 28, Township 5 North, Range I West, Hinds County, Mississippi, and being more particularly described by metes and bounds as follows, to-wit:<br><br>Beginning at a point which point is North 77 degrees 15 minutes East 115.2 feet from the SW corner of NW ¼ of Section 27, Township 5 North, Range 1 West, Hinds County, Mississippi, and run thence North 18 degrees West for a distance of 554 feet to the South right of way line of the Raymond and Jackson paved road; thence North 60 degrees 30 minutes East along the South right of way of said road for a distance of 81.6 feet; thence South 17 degrees 15 minutes East for a distance of 579 feet; thence South 77 degrees 15 minutes West for a distance of 74.8 feet to the point of beginning. |
| 24-ATF-024104 | Real property located in Jackson, Hinds County, Mississippi, held in the name of Violeta Del Rosal<br>Parcel No. 849-165, more particularly described as:<br><br>W ½ NW ¼ SW ¼ Less 182.5 Feet W/S Sec 27 R T5 R1W |

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and notified any potential third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property. The United States asserts that attempt was made to send direct notice of forfeiture to all known potential claimants by FedEx and USPS, which advised them of their right to petition the Court thirty (30) days from either receipt of notice or the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the **Subject Property**.  *See* Ex. B, Proof of Service, ECF No. 117-2.

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Subject Property** is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED, ADJUDGED, AND DECREED this __18th__ day of November 2024.

s/David Bramlette
UNITED STATES DISTRICT JUDGE