IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24-cr-43-DCB-LGI

ROSENDO GONZALEZ MORA,
a/k/a Chendo

## ORDER AMENDING THE FINAL ORDER OF FORFEITURE
## OF PARCEL 849-165, HINDS COUNTY, MS

WHEREAS on January 23, 2025, this Court entered a Final Order of Forfeiture of the real property located in Jackson, Hinds County, Mississippi, held in the name of Violeta Del Rosal, Parcel No. 849-165, more particularly described as: W ½ NW ¼ SW ¼ Less 182.5 Feet W/S Sec 27 R T5 R1W." (the "Property") [118];

WHEREAS on August 25, 2025, the United States filed a Motion for an Order Amending the Final Order of Forfeiture [122] to specify that the Property was forfeited to the United States notwithstanding the break in the chain of title caused by the incorrect legal description in the earlier chain of title in the April 17, 2014 Judgment to Confirm Tax Sale recorded at Book 7159 Page 7000 and Bonnie Lynn Gaddis' April 25, 2014 deed selling the Property to Margarito Del Rosal and Tamantha Del Rosal recorded at Book 7159 Page 7803; and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion is meritorious and should be and hereby is, GRANTED; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Final Order of Forfeiture dated January 23, 2025 [118] is hereby amended to provide that all right, title and intertest in the real property located in Jackson, Hinds County, Mississippi, held in the name of Violeta Del Rosal, Parcel No. 849-165, more particularly described as: W ½ NW ¼ SW ¼ Less

182.5 Feet W/S Sec 27 R T5 R1W." (the "Property") was forfeited to the United States with clear title through the January 23, 2025 Final Order of Forfeiture, despite the earlier break in the chain of title caused by the incorrect legal description used in the April 17, 2014 Judgment to Confirm Tax Sale recorded at Book 7159 Page 7000 and Bonnie Lynn Gaddis' April 25, 2014 deed selling the Property to Margarito Del Rosal and Tamantha Del Rosal recorded at Book 7159 Page 7803;

IT IS FURTHER ORDERED THAT all other terms of the Final Order of Forfeiture entered on January 23, 2025, [118] remain unchanged;

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order Amending the Final Order of Forfeiture of real property located in Jackson, Hinds County, Mississippi, held in the name of Violeta Del Rosal, Parcel No. 849-165, more particularly described as: W ½ NW ¼ SW ¼ Less 182.5 Feet W/S Sec 27 R T5 R1W.

So ordered this  28th  day of  August , 2025.

s/David Bramlette
HONORABLE DAVID BRAMLETTE
UNITED STATES DISTRICT JUDGE